THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC EDGE INNOVATIONS LLC,

          Plaintiff,

v.

CALI'S BOOKS, INC., d/b/a CALI'S BOOKS LLC

          Defendant.

Case No. 2:26-cv-634 JLR

**STIPULATION AND ~~[PROPOSED]~~ ORDER**

Noted for consideration:
April 6, 2026

## STIPULATION

WHEREAS, Defendant has been served with the summons and complaint and the current deadline to answer or otherwise plead in response to the complaint is April 7, 2026,

WHEREAS, undersigned counsel was recently retained to defend and has requested an extension of time to accommodate the current case load and a pre-planned vacation, and

WHEREAS, counsel for the plaintiff does not object to a two-week extension of time to accommodate the schedule of undersigned counsel.

///

///

**STIPULATION AND ~~[PROPOSED]~~ ORDER**    - 1
No. 26-cv-634 JLR

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Dated this 6th day of April 2026.

/s/*Mark P. Walters*
Mark P. Walters, WSBA No. 30819
Lowe Graham Jones
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone:  206.381.3300
Facsimile:  206.381.3301
walters@LoweGrahamJones.com

*Attorneys for Defendants Cali's Books Inc. d/b/a Cali's Books LLC*

/s/*Nicholas Lee*
Nicolas Lee, (*Pro Hac Vice*)
LAW OFFICES OF NICHOLAS LEE
332 S. Michigan Avenue, Suite 900
Chicago, IL 60604
Telephone: (224) 360-3293
nslee@nslegal-ip.com

/s/ Carl J. Marquardt
Carl J. Marquardt, WSBA No. 23257
1126 34th Ave, Suite 311
Seattle, WA 98122
Telephone: (206) 388-4498
carl@cjmpllc.com

*Attorneys for Plaintiffs Pacific Edge Innovations LLC*

## [PROPOSED] ORDER

In view of the parties' stipulation and for good cause shown, it is hereby ORDERED that Defendant shall answer or otherwise plead in response <u>to the</u> complaint my April 21, 2026.

_____
JAMES L. ROBART
United States District Judge

Presented By:
LOWE GRAHAM JONES PLLC

STIPULATION AND [PROPOSED] ORDER    - 2
No. 26-cv-634 JLR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

/s/*Mark P. Walters*
Mark P. Walters, WSBA No. 30819
Lowe Graham Jones
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone:  206.381.3300
Facsimile:  206.381.3301
walters@LoweGrahamJones.com
west@lowegrahamjones.com

**STIPULATION AND [PROPOSED] ORDER**    - 3
No. 26-cv-634 JLR

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301