THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC EDGE INNOVATIONS LLC,

Plaintiff,

v.

CALI'S BOOKS, INC., d/b/a CALI'S BOOKS LLC

Defendant.

Case No. 2:26-cv-634 JLR

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Noted for consideration:
October 5, 2026

Plaintiff Pacific Edge Innovations LLC ("Plaintiff") and Defendant Cali's Books Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and request as follows:

## STIPULATION

1. Plaintiff filed the Complaint in this action, and Defendant's current deadline to answer or otherwise respond to the Complaint is October 8, 2026.

2. The parties have exchanged settlement offers and counteroffers and are exceedingly close to reaching a final settlement. Due to China's National Day holiday, which runs from October 1 through October 7, 2026, the parties are unable to continue their negotiations this week but expect to resume them promptly after the holiday.



LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

3. The parties agree that extending Defendant's deadline to respond to the Complaint will conserve the resources of both the parties and the Court. In particular, the extension may avoid the need for Defendant to prepare and file an Answer, affirmative defenses, and potential counterclaims, as well as any motion practice relating to those pleadings, while settlement efforts are ongoing. The parties believe that directing those resources toward settlement discussions will increase the likelihood of resolving the matter efficiently and without further burden on the Court.

4. The parties further agree that a brief extension will promote judicial economy by allowing them to focus on ongoing settlement efforts rather than expending resources preparing responsive pleadings, potential counterclaims, and any motion practice related thereto. The requested extension may therefore eliminate or narrow issues that would otherwise be presented to the Court and facilitate a more efficient resolution of the action.

5. Accordingly, the parties agree that good cause exists to extend Defendant's deadline to answer or otherwise respond to the Complaint by thirty (30) days.

6. The parties therefore stipulate that Defendant shall have through and including October 8, 2026, to answer or otherwise respond

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendant Cali's Books Inc.'s deadline to answer or otherwise respond to the Complaint is extended through November 9, 2026.

DATED this 5th day of October, 2026.

HON. JAMES L ROBART
UNITED STATES DISTRICT JUDGE



LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Dated this 5th day of October 2026.

/s/*Mark P. Walters*
Mark P. Walters, WSBA No. 30819
Lowe Graham Jones
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: 206.381.3300
Facsimile: 206.381.3301
walters@LoweGrahamJones.com

*Attorneys for Defendants Cali's Books Inc. d/b/a Cali's Books LLC*

/s/ *Nicolas Lee*
Nicolas Lee, (*Pro Hac Vice*)
LAW OFFICES OF NICHOLAS LEE
332 S. Michigan Avenue, Suite 900
Chicago, IL 60604
Telephone: (224) 360-3293
*nslee@nslegal-ip.com*

/s/ *Carl J. Marquardt*
Carl J. Marquardt, WSBA No. 23257
1126 34th Ave, Suite 311
Seattle, WA 98122
Telephone: (206) 388-4498
*carl@cjmpllc.com*

*Attorneys for Plaintiffs Pacific Edge Innovations LLC*

Presented By:
LOWE GRAHAM JONES PLLC

/s/*Mark P. Walters*
Mark P. Walters, WSBA No. 30819
Lowe Graham Jones
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: 206.381.3300
Facsimile: 206.381.3301
walters@LoweGrahamJones.com
west@lowegrahamjones.com